EDWARD Y. KROUB
MOSHE O. BOROOSAN (pro hac vice)
COHEN & MIZRAHI LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Telephone: (929) 575-4175
Facsimile: (929) 575-4195

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PETERS, | Case No.: 3:20-cv-02232-SK |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH DEFENDANT ALLY FINANCIAL INC. AND [PROPOSED] ORDER.** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., ALLY FINANCIAL INC., and FIRST PREMIER BANK, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against ALLY FINANCIAL INC. only shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

1

| | | |
|---|---|---|
| 1 | DATED: April 1, 2021 | **COHEN & MIZRAHI LLP** |
| 2 | | MOSHE O. BOROOSAN |
| 3 | | |
| 4 | | /s/ *Moshe O. Boroosan* |
| | | MOSHE O. BOROOSAN |
| 5 | | |
| 6 | | EDWARD Y. KROUB |
| | | MOSHE O. BOROOSAN |
| 7 | | 300 Cadman Plaza West, 12th Floor |
| | | Brooklyn, NY  11201 |
| | | Telephone:  929/575-4175 |
| 8 | | 929/575-4195 (fax) |
| | | edward@cml.legal |
| 9 | | moshe@cml.legal |
| 10 | | **LAW OFFICES OF JONATHAN A. STIEGLITZ** |
| | | 11845 W. Olympic Boulevard, Suite 800 |
| 11 | | Los Angeles, California 90064 |
| | | Telephone: (323) 979-2063 |
| 12 | | Facsimile: (323) 488-9748 |
| 13 | | *Attorneys for Plaintiff* |
| 14 | | |
| 15 | DATED:  March 10, 2021 | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| | | KALAMA M. LUI-KWAN |
| 16 | | |
| 17 | | |
| 18 | | /s/ *Kalama M. Lui-Kwan* |
| | | KALAMA M. LUI-KWAN |
| 19 | | Three Embarcadero Center, Suite 800 |
| | | San Francisco, CA 94111 |
| 20 | | (415) 477-5700 |
| | | Fax: (415) 477-5710 |
| 21 | | Email: kalama.lui-kwan@troutman.com |
| 22 | | *Attorneys for Defendant Ally Financial Inc.* |
| 23 | SO ORDERED: | |
| 24 | | |
| 25 | _____ | |
| 26 | JUDGE, U.S. District Court | |
| | Northern District of California | |
| 27 | | |
| 28 | | |

- 2 -